IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| REGINALD POOLE and YSHEKA MOBLEY, individually, and as next friends for A.G. and K.M., Minors,<br><br>*Plaintiffs,*<br><br>v.<br><br>KELLY TOURS, INC., and CARNIVAL CORPORATION*,*<br><br>*Defendants.* | Civil Action No.: 2:23-cv-01241-DCN<br><br>**DEFENDANT CARNIVAL CORPORATION'S NOTICE OF REMOVAL** |

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

PLEASE TAKE NOTICE that Defendant Carnival Corporation ("**Carnival**"), pursuant to 28 U.S.C. §§ 1332, 1333, 1441 and 1446, and all other applicable law, hereby gives notice of removal of Civil Action No.: 2023-CP-10-00901, currently pending in the Court of Common Pleas for Charleston County, South Carolina, to the United States District Court for the District of South Carolina.  In support of this Notice of Removal, Carnival states as follows:

1.   On February 22, 2023, Plaintiff Reginald Poole, Plaintiff Ysheka Mobley, and Plaintiff Mobley's minor children A.G. and K.M. (collectively "**Plaintiffs**") commenced the within action by filing a complaint (the "**Complaint**") against the Defendants Kelly Tours, Inc. and Carnival (collectively "**Defendants**") in the Court of Common Pleas for Charleston County, Case No. 2023-CP-10-00901 ("the **State Court Action**").

2.   As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Defendant are attached hereto as **Exhibit A**.

3.    Plaintiffs' Complaint alleges that Defendants were negligent/grossly negligent in connection with the operation of a tour vehicle and a golf cart in which Plaintiffs were passengers

while being transported to their cruise ship in Charleston, South Carolina on or about September 3, 2022.

4. On February 27, 2023, Plaintiffs served the Summons and Complaint on Carnival via its registered agent.

5. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it has been filed with this Court within thirty (30) days of Carnival's receipt of Plaintiffs' Summons and Complaint.

6. The basis for removal to federal court is diversity of citizenship pursuant to 28 U.S.C. § 1332.

7. In accordance with 28 U.S.C. § 1446(d), Carnival will promptly file a copy of this Notice of Removal with the Court of Common Pleas for Charleston County, South Carolina and will provide written notice to the Plaintiffs by promptly serving this Notice of Removal on counsel for Plaintiffs.

8. The Court of Common Pleas for Charleston County is located within the District of South Carolina. As required by 28 U.S.C. § 1441, Carnival seeks to remove this case to the United States District Court for the District of South Carolina, which is the District Court embracing the location where the State Court Action has been filed.

9. Upon information and belief, Plaintiffs have not served Defendant Kelly Tours, Inc. with the Summons and Complaint. No counsel has made an appearance in this action on behalf of Defendant Kelly Tours, Inc., nor have Plaintiffs filed an affidavit of service as to Kelly Tours, Inc.

**DIVERSITY OF CITIZENSHIP**

10. Plaintiffs are citizens and residents of Mecklenburg County, North Carolina.

Exhibit A, Compl. ¶ 1-3.

11. Kelly Tours, Inc. is a corporation organized and existing under the laws of The State of Georgia with its principal place of business at 2788 West Highway 80, Garden City, Georgia 31408.

12. Carnival is a corporation organized and existing under the laws of Panama with its principal place of business at 3655 NW 87th Avenue, Miami, Florida 33178. Thus, Carnival is a Florida resident for purposes of diversity jurisdiction. *See, e.g., Cent. W. Virginia Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 102 (4th Cir. 2011) ("For federal diversity jurisdiction purposes, a corporation is a citizen of the states in which it has been incorporated and in which it has its principal place of business.").

13. Accordingly, complete diversity of citizenship existed between Plaintiffs and Defendants at the time Plaintiffs' Complaint was filed, and complete diversity of citizenship exists at the time of removal.

**AMOUNT IN CONTROVERSY**

14. Plaintiffs did not specify a monetary amount of damages in their Complaint.

15. Carnival is informed and believes that there is a reasonable probability that the amount in controversy exceeds $75,000 exclusive of interests and costs. This is facially apparent from Plaintiffs' Complaint based on the following factors:

    a. There are four (4) individual plaintiffs; Exhibit A, Compl. ¶ 1-3.

    b. Plaintiffs allege injuries to various parts of their bodies and mind; *Id.* ¶ 18, 20.

    c. Plaintiffs' alleged injuries are resultant from an alleged collision of a tour vehicle and a golf cart in which Plaintiffs were passengers "with great force"; *Id.* ¶ 16.

      d.      Plaintiffs allege they "have become obligated for the payment of large sums of money for doctor bills and other medical attention and treatment and may become obligated for future payments of sums for future medical attention and treatment"; *Id.* ¶ 19.

      e.      Plaintiffs' alleged damages include past and "[f]uture medical expenses, lost wages, permanent injuries, and future associated pain and suffering." *Id.* ¶ 27.

      f.      Plaintiffs' prayer for relief seeks recovery for actual and punitive damages, pre-judgment and post-judgment interest, the costs of this action, and reasonable attorney's fees.

WHEREFORE, Carnival respectfully requests that Civil Action No.: 2023-CP-10-00901, currently pending in the Court of Common Pleas for Charleston County, South Carolina, be removed to and proceed in this Court, and that this Court assume jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the removal and promote the ends of justice.

**WOMBLE BOND DICKINSON (US) LLP**

s/Sean Houseal
Sean Houseal, Federal Bar No. 7676
David M. Collins, Federal Bar No. 223
Isaac Grosswiler, Federal Bar No. 13368
P.O. Box 999 [5 Exchange Street, 29401]
Charleston, SC 29402
Sean.Houseal@wbd-us.com
David.Collins@wbd-us.com
Isaac.Grosswiler@wbd-us.com
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
*Attorneys for Defendant Carnival Corporation*

March 29, 2023
Charleston, SC

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the foregoing **CARNIVAL CORPORATION'S NOTICE OF REMOVAL** was electronically filed with the Clerk of the Court using the CM/ECF system, and was served on the following counsel for Plaintiff by email and overnight mail:

M. Anthony Burts II
Burts Law, PLLC
SC Bar No.: 103328
P.O. Box 102
Newton, NC 28658
anthony@burtslaw.com

*Attorneys for Plaintiff*

This 29th day of March, 2023.

                **WOMBLE BOND DICKINSON (US) LLP**

                s/Sean Houseal